■ CURTIEMBRES AVELLANEDA, S. A., Plaintiff, and BANCO SHAW, S. A., Appellant, v FEUER LEATHER CORPORATION, Respondent. — Order, Supreme Court, New York County (Blangiardo, J.), entered on April 6, 1981, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Whether plaintiff-appellant is a holder in due course is a question of fact. No opinion. Concur — Kupferman, J. P., Sullivan, Markewich and Milonas, JJ.